ROBERT S. BOULTER (SBN 153549)
rsb@lb-attorneys.com
PETER C. LAGARIAS (SBN 77091)
rsb@lb-attorneys.com
LAGARIAS & BOULTER, LLP
1629 Fifth Avenue
San Rafael, California 94901-1828
Telephone: (415) 460-0100
Facsimile: (415) 460-1099

Attorneys for Defendant Global
Client Solutions, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| LINDA WEGNER<br><br>  Plaintiffs,<br><br>v.<br><br>ALLIANCE 8, INC. dba ALLIANCE GLOBAL CAPITAL (F/K/A FREEDOM FINANCIAL MANAGEMENT), FREEDOM FINANCIAL MANAGEMENT, GLOBAL CLIENT SOLUTIONS, LLC; and DOES 1 through 50, inclusive,<br><br>  Defendants. | CASE NO. SACV12-00100 JST (JPRx)<br><br>NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR WAIVER OF IN DISTRICT LOCAL COUNSEL REQUIREMENT<br><br>Date:    March 5, 2012<br>Time:    10:30 a.m.<br>Ctrm:    10A<br>Before:  Hon. Josephine Staton Tucker |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on March 5, 2012 at 10:00 a.m., or as soon thereafter as the matter may be heard before the Honorable Josephine Staton Tucker in Courtroom 10A, the United States Courthouse for the Central District of California, 411 West Fourth Street, Room 1053, Santa Ana, California 92701 Defendant Global Client Solutions LLC will, and hereby does, move the Court for an order relieving it of the "in district" local counsel requirement of C.D. Cal. Local

1

Rule 83-2.3.3. This motion is based on the Notice of Motion and Motion; the Memorandum of Points and Authorities; the pleadings and other files herein; and such other written and oral argument as may be presented to the Court. This motion is unopposed and is made following the conference of counsel pursuant to L.R. 7-3 which took place on January 26, 2012.

DATED: January 27, 2012                    LAGARIAS & BOULTER, L.L.P.

                                                            */s/  Robert S. Boulter*

By: _____
     Robert S. Boulter
     Attorneys for Defendant Global
     Client Solutions LLC

## **MEMORANDUM OF POINTS AND AUTHORITIES**

Pursuant to C.D. Cal. Local Rule 7.5 a, this Memorandum of Law is filed in in relation to the applications of Richard Epstein and Rebecca Bratter of Greenspoon Marder PA to Appear Pro Hac Vice on behalf of Defendant Global Client Solutions LLC. The motion requests a waiver of C.D. Cal. Local Rule 83-2.3.3 requiring attorneys seeking pro hac vice admission designate local counsel with an office in the district. Counsel seeks waiver of only that portion of the rule that requires a local counsel with an office in the district. California lawyer Robert S. Boulter and the California firm of Lagarias & Boulter LLP firm are associated as local counsel for defendant Global Client Solutions, LLC in this matter but do not maintain an office in the district. Lagarias & Boulter LLP has been counsel to Global Client Solutions in other matters and is familiar with the claims asserted in the instant complaint.

Lagarias & Boulter maintains an office in San Rafael, California and lawyers of that firm are readily available for communications and service of papers and

1  attendance at hearings, in person or by telephone regarding the case.  See generally:
2  *Frazier v. Heebe*, 482 U.S. 641, 649 (1987) ("modern communication systems,
3  including conference telephone arrangements, make it possible to minimize the
4  problem of unavailability.")  Lagarias & Boulter partners Peter Lagarias and Robert
5  Boulter are members of the bar of this court and the State Bar of California and
6  there is no requirement for them to secure local counsel with an office in the district
7  when appearing before this Court.  Lawyers with Lagarias & Boulter can and will
8  attend in person any and all hearings for which Court requires personal attendance
9  during the pendency of this matter.

10      From the San Francisco area, where Lagarias & Boulter L.L.P. is located,
11  regularly scheduled flights to LAX are almost hourly on United and Southwest
12  airlines.  Counsel flies on full airfares without restrictions.  Thus, counsel can
13  assure the Court that if the Court schedules a status conference or hearing and
14  requires counsel's appearance, absent a conflict which can occur even with local
15  counsel, counsel will appear before the Court.  Local Rule 83-2.3.3 authorizes this
16  Court to exempt counsel from the district local counsel requirement.

17      Plaintiff does not oppose this motion and will not be prejudiced in any way
18  by the Court granting this Motion.  Defendant Global Client Solutions will be
19  spared the additional expense of having to secure additional California counsel in
20  this matter.  In accordance with C.D. Cal. L.R. 7-3, the undersigned counsel
21  conferred with Plaintiff's counsel concerning this motion and Plaintiff's counsel
22  has no objection.  WHEREFORE, plaintiff respectfully prays that this Honorable
23  Court exempt counsel Richard Epstein, Rebecca Bratter, and Greenspoon Marder
24  PA from the "in district" local counsel requirement.

25  Dated:  January 27, 2012             s/ Robert S. Boulter
26                                       Robert S. Boulter
27                                       Attorney for Defendant Global Client
                                         Solutions, LLC
28