NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| LINDA WEGNER<br><br>Plaintiffs,<br><br>v.<br><br>ALLIANCE 8, INC. dba ALLIANCE GLOBAL CAPITAL (F/K/A FREEDOM FINANCIAL MANAGEMENT), FREEDOM FINANCIAL MANAGEMENT, GLOBAL CLIENT SOLUTIONS, LLC; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. SACV12-00100 JST (JPRx)<br><br>ORDER ON UNOPPOSED MOTION FOR WAIVER OF IN DISTRICT LOCAL COUNSEL REQUIREMENT |

Upon consideration of the Defendant Global Client Solutions, LLC's unopposed motion to exempt attorneys Richard W. Epstein and Rebecca F. Bratter from the in-district office requirements of Local Rule 83.2.3-3, and for good cause shown, it is hereby ORDERED that the motion is GRANTED. The hearing set for March 5, 2012 is VACATED.

DATED: February 9, 2012

JOSEPHINE STATON TUCKER
───────────────────────────
Honorable Josephine Staton Tucker
United States District Court Judge

1